**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

                                Case No. 2:S09-cr-44-FTM-29-DNF

V.

MARK KNAUF,
       Defendant

_____

## MOTION TO ALLOW DEFENDANT TO TRAVEL

Now Comes the Defendant, MARK KNAUF, by and through the undersigned attorney, and moves this honorable court to allow the Defendant to travel outside the State of Florida.  As grounds, the Defendant says the following:

1. Mr. Knauf is requesting permission to travel to Tallahassee, Florida on the day of December 2, 2010. Mr. Knauf is scheduled for a meeting with the Probable Cause Panel of the Board of Accountancy.  The Board of Accountancy has filed an action against Mr. Knauf's CPA license and he must be present at the meeting to contest the action.

2. Mr. Knauf will be flying to Tallahassee with undersigned counsel on a 7 am flight and returning on a 12:05pm flight.

3. The Defendant has owned his own business as a Certified Public Accountant for thirteen (13) years.

4. The Defendant has resided in Charlotte County for the past fifteen (15) years.

5. Mr. Knauf has owned a home in Charlotte County for fifteen (15) years.

6. Mr. Knauf has previously been granted permission by the court to travel on three occasions during the pendency of this case.  Mr. Knauf returned from those trips without incident.

7. Undersigned counsel has consulted with Assistant United States Attorney Douglas Molloy, who has indicated that he has no objection to the granting of said motion.

WHEREFORE, the Defendant moves this honorable court to allow the Defendant to travel to Tallahassee, Florida for the dates referenced above.

Respectfully submitted,

Russell T. Kirshy
Attorney for the Defendant
3841 Tamiami Trail, Suite A
Port Charlotte, FL 33952
(941) 255-5525
Florida Bar Number 34924
E-mail: rkirshy@daystar.net


## CERTIFICATE OF SERVICE

I certify that on November 10, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Douglas Molloy
Douglas.Molloy@usdoj.gov

Russell T. Kirshy
Attorney for the Defendant
Florida Bar No. 34924
3841 Tamiami Trail, Suite A
Port Charlotte, FL 33952
(941) 255-5525
E-mail: rkirshy@daystar.net